**THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ingenix, Inc., | Civil Action No. 05-cv-1183 MJD/AJB |
| Plaintiff, | |
| v. | **ORDER GRANTING DISMISSAL WITHOUT PREJUDICE** |
| IntelliClaim, Inc., | |
| Defendant. | |

Based on the Stipulation of Dismissal With Prejudice entered into by and between Plaintiff Ingenix, Inc. and Defendant IntelliClaim, Inc.,

IT IS HEREBY ORDERED that all claims in the above-captioned matter are hereby DISMISSED WITHOUT PREJUDICE and without costs to any party.

Dated: November 16, 2005              s/ Michael J. DAvis
                                      MICHAEL J. DAVIS
                                      United States District Court Judge

1842311v1